**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANETTE RODRIGUEZ,

                Plaintiff,                              23 **CIVIL** 4722 (JHR)(OTW)

        -v-                                              **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation dated August 2, 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. section 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York
           August 2, 2023

                                                                **RUBY J. KRAJICK**

                                                                  _____
                                                                     **Clerk of Court**

                                      **BY:**          *K. Mango*

                                                                    _____
                                                                    **Deputy Clerk**